**Order entered October 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01253-CV

### IN RE MELVIN RAMBO, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F89-97544**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of habeas corpus. We order relator to bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
       JUSTICE